IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Dean A. Holcomb, | ) | C/A No.: 1:18-1321-MGL-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Bryan Styrling, | ) | |
| Defendant. | ) | |

Dean A. Holcomb ("Plaintiff"), proceeding pro se, filed this action on April 3, 2018, and Defendant removed it to this court on May 14, 2018. [ECF No. 1]. On October 4, 2018, Defendant filed a motion for summary judgment. [ECF No. 22]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by November 5, 2018. [ECF No. 23]. Plaintiff was specifically advised that if he failed to respond adequately, Defendant's motion may be granted. *Id.*

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendant's motion for summary judgment by November 20, 2018. Plaintiff is

further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

November 13, 2018                                   Shiva V. Hodges
Columbia, South Carolina                  United States Magistrate Judge